UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80019-T/P-MIDDLEBROOKS

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

DONALD GRANT,

            Defendant.         /

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on November 5, 2007, for a hearing on alleged violations of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory condition, by unlawfully using or possessing a controlled substance.

On October 19, 2006, November 2 and 9, 2006, December 6, 14, 21, and 29, 2006, January 11, 19, and 25, 2007, February 8 and 23, 2007, March 6, 13, 20, and 29, 2007, April 30, 2007, May 7, and 14, 2007, and June 25, 2007, the supervised releasee submitted nineteen (19) sweat patches that have tested positive for cocaine in the local laboratory. On January 5, 2007, the Defendant signed an admission of drug use form, admitting to using cocaine on December 31, 2006.

2. Violation of Standard condition, by failing to refrain from frequenting places where controlled substances are illegally sold, used, distributed or administered.

On December 6, 2006, the Defendant signed an admission form, admitting to being in places

where people were using cocaine and marijuana.

The defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court finds that the defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that Donald Grant be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Donald M. Middlebrooks, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 5th day of November, 2007.

_____
LINNEA R. JOHNSON
**UNITED STATES MAGISTRATE JUDGE**

c:  The Honorable Donald M. Middlebrooks
    Emalyn Webber, AUSA
    Jonathan Pignoli, AFPD
    Peggy Hobcroft-Bates, USPO