UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80019 -T/P-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD GRANT,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Linnea R. Johnson on 11/5/07.

The court has considered the Report and Recommendations, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's is found in violation of supervised release. **Sentencing in this matter is set for December 6, 2007 at 1:30.**

**DONE and ORDERED** in West Palm Beach, this ___ day of November, 2007.

                KENNETH L. RYSKAMP
                UNITED STATES DISTRICT JUDGE

cc:    Emalyn Webber, AUSA
       Jonathan Pignoli, Esq.